## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Steven M. Gold          **DATE:** 2/25/11

**DOCKET NUMBER:** 06CR142(FB)          **LOG #:** 3:19 – 3:21

**DEFENDANT'S NAME:** John Conza
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL:** Lee Ginsberg
___ Federal Defender   ✓ CJA   ___ Retained

**A.U.S.A:** Richard Tucker          **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____ (Language) _____

___ Hearing held.   ___ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ✓ Defendant arraigned on the violation of probation.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to ALL counts of the violation of probation.

✓ Status conference set for 3/4 @ 4 PM before Judge Block

**OTHERS:** USPO Steve Scherzer present