# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

*NY AND CALIF. BARS

(212) 608-0808
(212) 962-9696 (FAX)

July 23, 2011

VIA ECF

Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: *United States v. John Conza, 06 Cr 142 (FB) (VOSR)*

Dear Judge Block:

    We represent John Conza with respect to the above captioned cases. We respectfully request a brief adjournment of the conference that is scheduled for July 24, 2012. On behalf of the Probation Department, USPO Steve Scherzer consents to this request and AUSA Adrianna Lopez consents on behalf of the government. The reason for this request is because we need some additional time for Mr. Conza to continue participating in therapy and counseling, which if he continues successfully, may ultimately lead to a disposition in this matter. We estimate that an additional 60 days should provide sufficient time for this purpose.

    Accordingly, we respectfully request that the conference be adjourned approximately 60 days to a date and time that is convenient to the court.

Sincerely,

*Janet Christine Mace*

Janet Christine Mace

cc:    AUSA Adrianna Lopez (via ECF)